UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID K. DOTY,

      Plaintiff,

v.                                      CASE NO. 8:17-cv-456-T-23AEP

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, The Lincoln National Life Insurance Company, notifies the Court that this case has been settled. A Stipulation of Dismissal with Prejudice will be filed with the Court.

Dated: March 16, 2017        EDISON, McDOWELL & HETHERINGTON LLP
                                        Attorneys for Defendant
                                        2101 N.W. Corporate Blvd., Suite 316
                                        Boca Raton, FL 33431
                                        (561) 994-4311
                                        (561) 982-8985 fax


                                        By: __s/Wendy L. Furman
                                            WENDY L. FURMAN
                                            Fla. Bar No. 0085146
                                            wendy.furman@emhllp.com

## CERTIFICATE OF SERVICE

  I certify that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Gregory D. Swartwood, Esq.
    The Nation Law Firm
    570 Crown Oak Centre Drive
    Longwood, FL 32750
    gswartwood@nationlaw.com
    jjones@nationlaw.com


    s/Wendy L. Furman
    Wendy L. Furman