UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID K. DOTY,

    Plaintiff,

v.                                              CASE NO. 8:17-cv-456-T-23AEP

LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    The defendant announces (Doc. 9) the settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on March 17, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE