UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID K. DOTY,

    Plaintiff,

v.                                  CASE NO. 8:17-cv-456-T-23AEP

LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 11), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on May 1, 2017.

                                                      STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE